UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANA GUADALUPE COJ CHINGO,<br><br>　Petitioner<br><br>v.<br><br>DERRICK STAMPER, et al.<br><br>　Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO. 2:25-cv-00590-JAW |

## JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr. on December 8, 2025;

The Petition for Writ of Habeas Corpus is granted.

Dated this 8th day of December 2025.

　　　　　　　　　　　　　　　　　ERIC M. STORMS
　　　　　　　　　　　　　　　　　ACTING CLERK

　　　　　　　　　　　　By:　/s/ Joanne McCue
　　　　　　　　　　　　　　　Deputy Clerk